SLOTS, INC. *v.* STATE of Arkansas

00-95                                                            32 S.W.3d 755

Supreme Court of Arkansas
Opinion delivered December 7, 2000
[Substituted Opinion delivered December 14, 2000]

*Appellant,* no response.

*Mark Pryor,* Att'y Gen., by: *James R. Gowen, Jr.,* Ass't Att'y Gen., for appellee.

PER CURIAM. ■ On December 7, 2000, this court granted the motion by the State of Arkansas, appellee, by and through its attorney, James R. Gowen, Jr., for an extension of time to file its response to appellant, Slots, Inc.'s, petition for rehearing. On review, we consider the State's motion to be appropriate and timely under Ark. S. Ct. R. 2-3. On this court's own motion,

we vacate our December 7, 2000 *per curiam* opinion and substitute this opinion in its stead.